UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROY THIETJE,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No.: 1:19-cv-01433-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. The petitioner is challenging a conviction from Shasta County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, the Court ORDERS that:

1. This action is transferred to the Sacramento Division of the United States District Court for the Eastern District of California;

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

1

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

3. This court has not ruled on petitioner's motion to appoint counsel.

IT IS SO ORDERED.

Dated: __**October 18, 2019**__        __**/s/ Jennifer L. Thurston**__
                                    UNITED STATES MAGISTRATE JUDGE